AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

**JUDGE GRIESA**

_Leslie F. Prince_
Plaintiff

_The Government of the People's Republic of China, See other defendants attach_
Defendant

Civil Action No. **13 CV 2106**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 4/22/13

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_The Gov't of the People's Republic of China_
_The Embassy of China_
_3505 International Pl. N.W._
_Washington DC 20233_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: **MAR 29 2013**

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* The Gov't of P.R. of China who is designated by law to accept service of process on behalf of *(name of organization)* Gov't of P.R. of China its Embassy Wash D.C. on *(date)* 04/04/13; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 350.00 for travel and $ 5.00 for services, for a total of $ 355.00.

I declare under penalty of perjury that this information is true.

Date: 4/18/2013

Leslie F. Prince
*Server's signature*

Leslie F. Prince
*Printed name and title*

13 Webster St. 2nd Flr
Newark NJ 07104
USA
*Server's address*

Additional information regarding attempted service, etc:

The Government of the P.R. of China was served copies at the following addresses
(1) Embassy in Washington D.C. USA
(2) China Mission to the UN in New York USA
(3) China Consulate in New York USA

-against-  See Attach

The Government of the People's Republic of China

Institute of Architecture Design and Research ADARS

Geshan Construction Group Co. Ltd et al

Cungsha International Construction Company

Jefring Construction Private Limited. Co.

Ethiopian Airlines et al

Yefeu He

Gang Xiao

Yiming He

Wang Wei

Girma Wake

BMDA Engineering PLC

Balehager Ayalew

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20233

| | | |
|---|---|---|
| Postage | $ | $3.43 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.08 |

Postmark Here — 04/04/2013

7009 0080 0000 8734 2198

Sent To: The Embassy of the P.R. China
Street, Apt. No.; or PO Box No.: 3305 Int'l Pl. N.W.
City, State, ZIP+4: Washington, D.C. 20233 USA

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK NY 10016

| | | |
|---|---|---|
| Postage | $ | $3.43 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.08 |

Postmark Here — 04/04/2013

7012 1010 0000 5793 4677

Sent To: The Permanent Mission to the UN
Street, Apt. No.; or PO Box No.: P.R. of China 350 E 35 St.
City, State, ZIP+4: New York NY 10016

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK NY 10036

| | | |
|---|---|---|
| Postage | $ | $3.43 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.08 |

Postmark Here — 04/04/2013

7012 1010 0000 5793 4660

Sent To: P.R. of China Consul General
Street, Apt. No.; or PO Box No.: 520 12th Ave
City, State, ZIP+4: New York NY 10016

PS Form 3800, August 2006    See Reverse for Instructions

# FedEx International Air Waybill

For FedEx services worldwide.

**1 From** *Please print and press hard.*

Date: 4/17/2013

Sender's FedEx Account Number: SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name: Mr. Leslie F. Prince  
Phone: 9732302234

Company: P.S.I. Consultants Inc.

Address: 13 Webster St. 2nd Flr

Address: /

City: Newark    State/Province: NJ 07104

Country: USA    ZIP/Postal Code: 07104

**2 To**

Recipient's Name: Hon. Li Keqiang Guojiazongli  
Prime Min. P.R of China

Company: Guojia Zongli

Address: The State Council General Office  
2 Fuyojie, Xichengqu

City: Beijingshi    State/Province: (

Country: P.R. of China    ZIP/Postal Code: 100017

Recipient's Tax ID Number for Customs Purposes
e.g. GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages: 1  
Total Weight: 1 lbs.  
DIM: L / W / H in.

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Documents | | | $5.00 |

Has EEI been filed in AES? For U.S. Export Only. Check One
- No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
- No EEI required, enter exemption number: ___
- Yes — Enter AES proof of filing citation: ___

Total Declared Value for Carriage: ___  
Total Value for Customs (Specify Currency): 5.00

**4 Express Package Service**  
Packages up to 150 lbs./68 kg

☒ FedEx Intl. Priority  
☐ FedEx Intl. First  
☐ FedEx Intl. Economy

**5 Packaging**

☐ FedEx Envelope  ☒ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube  
☐ Other ___  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location  ☐ SATURDAY Delivery

**7 Payment**

Bill transportation charges to:

☐ Sender Acct. No. in Section 1 will be billed.  
☐ Recipient  
☐ Third Party  
☐ Credit Card  
☐ Cash/Check/Cheque

FedEx Acct. No.: ___  
Credit Card No.: 93.24  
Credit Card Exp. Date: ___

**Bill duties and taxes to:**

☐ Sender Acct. No. in Section 1 will be billed.  
☐ Recipient  
☐ Third Party

FedEx Acct. No.: ___

**8 Your Internal Billing Reference**

OPTIONAL

**9 Required Signature**

Sender's Signature: Leslie Prince

FedEx Tracking Number: 8014 2453 9581

---

INTL PRIORITY  
8014 2453 9581    0.70 lb (S)

Location: CDWC  
Device ID: CDWC-POS3  
Employee: 426551  
Transaction: 780835310056

BLDG 155 NEWARK AIRPORT  
NEWARK, NJ 07205

Shipment subtotal: 93.24  
Total Due: 93.24  
(V) CreditCard: ************5795

N = Weight entered manually  
S = Weight read from scale  
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com  
Or call 1.800.GoFedEx  
1.800.463.3339

April 17, 2013 1:46:50 PM

---

**U.S. Postal Service™**  
**CERTIFIED MAIL™ RECEIPT**  
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20233    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.43    0005 |
| Certified Fee | | $3.10    01 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.08    04/04/2013 |

Sent To: The Embassy of the P.R. China

---

**U.S. Postal Service™**  
**CERTIFIED MAIL™ RECEIPT**  
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK NY 10016    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.43    0005 |
| Certified Fee | | $3.10    01 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.08    04/04/2013 |

Sent To: The Permanent Mission to the UN